✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington



U.S.A. vs.     Devin W. Prouty     Docket No.     2:09CR02094-004

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Devin W. Prouty who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 3rd day of November 2009, under the following conditions:

**Oral Directive by the Court**: The defendant shall report to the United States Marshals Service immediately after Court for processing.

**Standard Condition 6**: The defendant shall report to the United States Probation Office immediately after release and shall report as often as directed at such time and such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Mr. Prouty failed to report to the United States Marshals Service, as directed by the Court on November 3, 2009.

**Violation No. 2**: Mr. Prouty failed to report to the United States Probation Office immediately after the Court hearing on November 3, 2009, and as directed by his probation officer on November 4, 2009.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 6, 2009

by

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer
US Magistrate Judge

11/6/09
Date