✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**APR 05 2010**

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

| | | | |
|---|---|---|---|
| U.S.A. vs. | Devin W. Prouty | Docket No. | 2:09CR02094-004 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Devin W. Prouty who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 3rd day of November 2009, under the following conditions:

**Condition #21**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Mr. Prouty tested positive for marijuana on March 2, 2010.

**Violation No. 2**: Mr. Prouty tested presumptive positive for marijuana and amphetamine on March 29, 2010.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 2, 2010

by

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/5/10

Date