PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 15 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| U.S.A. vs. | Devin W. Prouty | Docket No. | 2:09CR02094-004 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Devin W. Prouty who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 3rd day of November 2009, under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 3**: On April 12, 2010, Mr. Prouty was arrested for driving while license suspended, attempt to elude police vehicle, and two counts of controlled substance possession - no prescription, Klickitat County Superior Court, cause number 10-1-00065-0.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 15, 2010

by

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

James P. Hutton
Signature of Judicial Officer

4/15/10
Date